IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 2:17cr11KS-MTP

MICHAEL ALAN SANCHEZ

## AGREED PRELIMINARY ORDER OF FORFEITURE

Pursuant to a separate Plea Agreement and Plea Supplement between the defendant, **MICHAEL ALAN SANCHEZ** by and with the consent of his attorney, and the **UNITED STATES OF AMERICA** (hereinafter "Government"), **MICHAEL ALAN SANCHEZ** agrees that the following findings are correct, and further agrees with the adjudications made herein. Accordingly, the Court finds as follows:

1. The Defendant is fully aware of the consequences of having agreed to forfeit to the Government his interests in and to the hereinafter described property, having been apprised of such by his attorney and by this Court; and he has freely and voluntarily, with knowledge of the consequences, entered into a Plea Agreement and Plea Supplement with the Government to forfeit such property.

2. The Defendant agrees, the

    **One (1) RG Industries, .32 caliber revolver, no serial number;
    One (1) Bryco, .380 caliber pistol, Model T380-CA, no serial number;
    One (1) silencer, of unknown make, model, caliber, and serial number; and
    Two (2) rounds Remington ammunition cal:12**

constitutes or was derived from proceeds that the defendant obtained, directly or indirectly, as a result of the offense charged in the Indictment and/or was used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense charged in the Indictment. Such property is, therefore, subject to forfeiture pursuant to 18 U.S.C. §

1

and circumstances of the petitioner's acquisition of the right, title or interest in the subject property, any additional facts supporting the petitioner's claim, and the relief sought.

h. After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

i. The United States shall have clear title to the subject property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in 21 U.S.C. § 853(n)(2) for the filing of third party petitions.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

SO ORDERED AND ADJUDGED this 28th day of June 2018.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

_____
ANNETTE WILLIAMS
Assistant United States Attorney

_____
MICHAEL ALAN SANCHEZ
Defendant

_____
ABBY BRUMLEY
Attorney for Defendant